AO 442 (Rev. 01/09) Arrest Warrant

**SEALED BY COURT ORDER**
**FILED**

# UNITED STATES DISTRICT COURT
for the
Northern District of California

AUG 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><u>DAVID VIGIL</u><br>*Defendant* | )<br>)<br>) Case No. 1:16mj106 SAB<br>) 4-16-7,049<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DAVID VIGIL, a/k/a "Chep," a/k/a "Carlos"**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B), 843(b), conspiracy to manufacture, distribute and possess with intent to distribute heroin, methamphetamine, cocaine, alprazolam and 100 or more marijuana plants.

Date: 8/18/16

*Issuing officer's signature*

City and state: **Oakland, CA**

Hon. Kandis A. Westmore
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

SEALED BY COURT ORDER

# UNITED STATES DISTRICT COURT
for the
Northern District of California



ORIGINAL FILED
AUG 19 2016
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David Vigil, a/k/a "Chep," a/k/a "Carlos" | ) ) ) ) ) | Case No. 4-16-71049 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2016__ in the county of __Contra Costa__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to mfr, distribute, possess with intent to distribute heroin, cocaine, methamphetamine, alprazolam and 100 or more marijuana plants |
| 21 U.S.C. § 843(b) | Illegal use of a communications facility |

This criminal complaint is based on these facts:

See attached affidavit of DEA TFO Jarred Pereira.
(Approved as to form: _____ AUSA Frank Riebli)

☑ Continued on the attached sheet.

_____
Complainant's signature
Jarred Pereira, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/18/16

_____
Judge's signature

City and state: Oakland, CA
Hon. Kandis A. Westmore, U.S. Magistrate Judge
Printed name and title

AO 257 (Rev. 6/78)

SEALED BY COURT ORDER

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. sections 846, 841(a)(1) and (b)(1)(B)
21 U.S.C. section 843(b)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

AUG 19 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL FILED

**DEFENDANT - U.S**

David Vigil, a/k/a "Chep," a/k/a "Carlos"

**DISTRICT COURT NUMBER**

4-16-71049

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

DEA TFO Jarred Pereira

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Brian J. Stretch

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Frank Riebli

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction         ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?   ☐ No     give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

# PENALTY SHEET

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)   Conspiracy to Manufacture, Distribute and Possess With Intent to Distribute Heroin, Methamphetamine, Cocaine, Alprazolam and 100 or More Marijuana Plants

    Minimum 5 years prison
    Maximum 40 years
    Minimum 4 years supervised release following incarceration
    Maximum lifetime supervised release
    Maximum $5,000,000 fine
    $100 special assessment
    Forfeiture
    Denial of federal benefits

21 U.S.C. § 843(b)   Illegal Use of a Communication Facility

    Maximum 4 years
    Maximum 3 years supervised release
    Maximum $250,000 fine
    $100 special assessment
    Forfeiture

**SEALED BY COURT ORDER**

BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

ORIGINAL FILED
AUG 19 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | CASE NO. 4-16-71049 |
| APPLICATION FOR CRIMINAL COMPLAINTS AND SEARCH WARRANTS | MOTION TO SEAL |
| | **FILED UNDER SEAL** |

Plaintiff the United States of America moves the Court to seal the record in the above-captioned case pending further order of the Court. "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." Nixon v. Warner Commc'n, Inc., 435 U.S. 589, 598 (1978). The exercise of this inherent supervisory power is left to the Court's discretion. Hagestad v. Tragesser, 49 F.3d 1430, 1434 (9th Cir. 1995).

There are compelling reasons to seal the proceedings in this case. There are sixteen defendants, and fourteen search locations in two federal districts. Coordinating the arrests and searches of these persons and locations will be a logistical challenge. If any of the defendants learns of this complaint or the search warrants, that defendant may notify others and jeopardize the agents' ability to arrest everyone named in the complaint. The defendants may also destroy or hide evidence, making it more

difficult to prosecute them for the offenses they have committed.

For the foregoing reasons, the government requests that the Court seal the record pending further order of the Court.

DATED: August 17, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____
FRANK J. RIEBLI
Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA
12 OAKLAND DIVISION
13
14 In re: ) CASE NO.
)
15 APPLICATION FOR CRIMINAL ) ORDER SEALING RECORD
COMPLAINTS AND SEARCH )
16 WARRANTS )
)
17 )) **FILED UNDER SEAL**
)
18 )
19

20       The Court has the inherent power and the discretion to seal its own record where doing so is
21 necessary to protect a compelling interest, where there is a substantial probability that this compelling
22 interest would be harmed if the Court does not seal its record, and where there are no other alternatives
23 that would adequately protect that interest. See Nixon v. Warner Commc'n, Inc., 435 U.S. 589, 598
24 (1978); In re Copley Press, Inc., 518 F.3d 1022, 1026 (9th Cir. 2008); Hagestad v. Tragesser, 49 F.3d
25 1430, 1434 (9th Cir. 1995). After reviewing the present motion, the Court finds that sealing the record
26 in this case is necessary to prevent the destruction of evidence and the defendants' flight to avoid
27 prosecution. For these reasons, the Court finds that the government's compelling interests outweigh the
28 public's competing interest in open criminal proceedings. Accordingly, the Court orders that the record

1  in this case be sealed pending further order of this Court.

2  IT IS SO ORDERED.

3  Dated: August 18, 2016

HON. KANDIS A. WESTMORE
United States Magistrate Judge