```
PHILIP A. TALBERT
Acting United States Attorney
DANIEL J. GRIFFIN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

**FILED**
AUG 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:16-MJ-106 SAB |
| Plaintiff, ) | MOTION AND ORDER |
| ) | TO UNSEAL COMPLAINT |
| v. ) | |
| DAVID VIGIL ) | |
| Defendants. ) | |

The Complaint in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through Philip A. Talbert, Acting United States Attorney, and Daniel J. Griffin, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: August 24, 2016

PHILIP A. TALBERT
ACTING UNITED STATES ATTORNEY

BY: /s/ Daniel J. Griffin
DANIEL J. GRIFFIN
Assistant U.S. Attorney