Case 1:16-mj-00106-SAB   Document 6   Filed 08/24/16   Page 1 of 1

FILED
AUG 24 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:16-MJ-106 SAB |
| ) | |
| Plaintiff, ) | ORDER TO |
| ) | UNSEAL COMPLAINT |
| v. ) | |
| ) | |
| DAVID VIGIL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on August 19, 2016 be unsealed and become public record.

DATED: August 24, 2016

_____
Honorable STANELY A. BOONE
U.S. MAGISTRATE JUDGE

TYPE PLEADING NAME

2